USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUTINTA MICHELO, *individually and on behalf of all others similarly situated*, et al.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, et al.,<br><br>        Defendants. | 18-CV-1781 (PGG) (BCM) |
| CHRISTINA BIFULCO, *individually and on behalf of all others similarly situated*, et al.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, et al.,<br><br>        Defendants. | 18-CV-7692 (PGG) (BCM) |
| FRANCIS BUTRY, *individually and on behalf of all others similarly situated*, et al.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, et al.,<br><br>        Defendants. | 20-CV-5843 (PGG) (BCM) |

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed (1) plaintiffs' letter-motion dated October 16, 2020 (Dkt. No. 237 in Case No. 18-CV-1781; Dkt. No. 168 in Case No. 18-CV-7692), requesting that the Court extend the discovery deadline and order that the parties coordinate discovery with the newly-filed *Butry* action, and (2) defendants' letter in response dated October 21, 2020 (Dkt. No. 239 in Case No. 18-CV-1781; Dkt. No. 170 in Case No. 18-CV-7692).

Plaintiffs' letter-motion is GRANTED IN PART as follows:

1. <u>Extension of Discovery and Class Certification Deadlines</u>. The deadline to complete fact and class discovery in *Michelo* and *Bifulco* is EXTENDED to **January 4, 2021**. Plaintiffs shall file their class certification motion no later than **February 4, 2021**. Defendants shall file their opposition papers no later than **April 5, 2021**. Plaintiffs shall file their reply papers no later than **May 17, 2021**.

2. <u>Deposition Dates</u>. Within the next 30 days, the parties in *Michelo* and *Bifulco* shall decide on dates to conduct the outstanding depositions, to take place before the new fact discovery deadline.

3. <u>*Butry* Action</u>. Given that defendants have not yet responded to the complaint in *Butry*, the Court cannot realistically coordinate all discovery in all three cases. However, the Court is confident that the parties will coordinate to the maximum extent possible so as to avoid the need for duplicative discovery.

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 237 in

Case No. 18-CV-1781 and Dkt. No. 168 in Case No. 18-CV-7692.

Dated:   New York, New York
        October 22, 2020                      **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**