

December 8, 2020

**VIA ECF**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Sq., Room 2204
New York, NY 10007

Re:  *Butry et al. v. Nat'l Collegiate Student Loan Trust 2005-3 et al.*, 20-CV-5843

Dear Judge Gardephe:

We represent Plaintiffs in the above-referenced action, and write pursuant to Rules I.D and IV.A of Your Honor's Individual Rules of Civil Practice.

Plaintiffs hereby request an extension, until Monday, December 14, 2020, of the deadline to respond to Defendants' letter concerning their anticipated Rule 12 motion. (Dkt. Nos. 21 & 26).

All Parties consent to this request, which is the first one concerning this deadline. The request is being made because Plaintiffs' counsel have obligations in other matters, including a court appearance tomorrow.

We thank the Court for your prompt attention to this request.

Respectfully,

  */s/ Gregory A. Frank*

305 BROADWAY
SUITE 700
NEW YORK, NY 10007
212 682 1853
212 682 1892   FAX
gfrank@frankllp.com
www.frankllp.com