

Brookfield Place, 200 Vesey Street, 20th Floor
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Gregory T. Casamento
Direct Telephone: 212-812-8325
Direct Fax: 212-812-8385
gcasamento@lockelord.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/20

December 29, 2020

BY CM/ECF

Honorable Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *Michelo et al. v. Nat'l Collegiate Student Loan Trust 2007-2 et al.*, 18-cv-1781
     *Bifulco et al. v. Nat'l Collegiate Student Loan Trust 2006-4 et al.,* 18-cv-7692
     *Butry et al. v. Nat'l Collegiate Student Loan Trust 2005-3 et al.*, 20-cv-5843

Dear Judge Moses:

We represent the National Collegiate Student Loan Trust Defendants in the above-referenced consolidated actions. We write on behalf of all parties to request extension of the current January 4, 2021 fact-discovery deadline in *Michelo* and *Bifulco*.

The parties will not meet the January 4 discovery deadline previously set by the Court and require more time. Among other reasons, Defendants have five current and former employee fact deponents who cannot testify before January 4. Additional time is also needed for Defendants to produce documents, including documents concerning the CFPB investigation. There are also four named plaintiffs and subpoenaed family members who have not yet been deposed; Plaintiffs previously proposed dates for these individuals but the parties could not find mutually agreeable dates.

The parties therefore request extension of the deadline as follows: the time to produce documents, is extended to Feb. 5, 2021; to conduct depositions, to Feb. 22, 2021; for Plaintiffs' class certification motion, to May 3, 2021; for Defendants' Opposition thereto, to July 12, 2021; and for the Reply thereto, to August 13, 2021.

Thank you for the Court's attention to this matter.

Hon. Barbara Moses, U.S.M.J.
December 29, 2020
Page 2

                                                        Respectfully,

                                                        */s/ Gregory T. Casamento*

                                                        Gregory T. Casamento

cc: All counsel of record (by CM/ECF)

---

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
December 30, 2020