UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS BUTRY, CORI FRAUENHOFER, SANDRA TABAR, and JAELYSABEL VILLASANTE, *individually and on behalf of all others similarly situated*,

                  Plaintiffs,

- against -

NATIONAL COLLEGIATE LOAN TRUST 2005-3, et al.

                  Defendants.

**ORDER**

20 Civ. 5843 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The following schedule will apply to Defendants' motion to dismiss:

1. Defendants' motion is due on **October 8, 2021**;

2. Plaintiffs' opposition is due on **October 29, 2021**; and

3. Defendants' reply, if any, is due on **November 5, 2021**.

The Clerk of Court is directed to terminate the motions. (Dkt. Nos. 21, 26)

Dated: New York, New York
       September 18, 2021

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge