**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRANCIS BUTRY, CORI
FRAUENHOFER, SANDRA TABAR, and
JAEL YSABEL VILLASANTE, individually
and on behalf of all others similarly situated,

                      Plaintiffs,

   -against-                                    20 **CIVIL** 5843 (PGG)(BCM)

                                            **JUDGMENT**

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2005-3; NATIONAL
COLLEGIATE, STUDENT LOAN TRUST
2006-1; NATIONAL COLLEGIATE
STUDENT LOAN TRUST 2007-1;
NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2007-3; TRANS WORLD
SYSTEMS, INC., in its own right and as
successor to NCO FINANCIAL SYSTEMS,
INC.; EGS FINANCIAL CARE INC.,
formerly known as NCO FINANCIAL
SYSTEMS, INC.; and FORSTER &
GARBUS LLP,

                      Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 16, 2024, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        August 19, 2024

                                                         **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**
                            **BY:**
                                                          **Deputy Clerk**